IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD BROWN,

    Plaintiff,

v.

ADAM CABALO, M.D.,

    Defendant.

Civ. No. 1:15-cv-1906-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (ECF No. 5), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Report and Recommendation (ECF No. 6) is adopted. This action is dismissed, without prejudice.

IT IS SO ORDERED.

    DATED this 12th day of November, ~~2014~~ 2015

_____<br>
Michael McShane<br>
United States District Judge

1 –ORDER